In the Matter of the Accounting of FLORENCE C. H. BELCHER, as Administratrix of the Estate of FREDERICK E. BELCHER, Deceased.

In the Matter of the Petition of HENRIETTE B. MELSON, as General Guardian of MAXINE F. BELCHER, an Infant, for Revocation of Letters of Administration.

In the Matter of the Accounting of FLORENCE C. H. HARLAN, as Administratrix of the Estate of FREDERICK E. BELCHER, Deceased.

FLORENCE C. H. BELCHER, as Administratrix, Appellant; HENRIETTE B. MELSON, as General Guardian, Respondent.

(Submitted April 22, 1929; decided April 30, 1929.)

*David Vorhaus* for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed, without costs.